# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| Sherry Henderson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   1:23-cv-00156-HSO-BWR |
| ) | |
| Head Mercantile Company, Inc., d/b/a ) | |
| S.O.S. Group/Strategic Outsourcing ) | |
| Solutions, an Ohio corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Sherry Henderson ("Plaintiff"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby requests that this Court enter an order of default Judgment against Global Solutions Head Mercantile Company, Inc., d/b/a S.O.S. Group/Strategic Outsourcing Solutions, ("SOS").  In support of her motion Plaintiff states:

1. Plaintiff filed the complaint in this action on June 23, 2023. [Dkt. 1].

2. Defendant SOS's registered agent's address listed on the Ohio Secretary of States corporate web site lists 29065 Clemens Road, Suite 200, Westlake, Ohio 44145, as its address, <u>see</u>, attached Ohio Secretary of State registered agent information as Exhibit <u>A</u>.

3.      Accordingly, on July 13, 2023, service of process was attempted upon the Defendant SOS, via its registered agent and President, James Scharfel at 29065 Clemens Road, Suite 200, Westlake, Ohio 44145, but was unsuccessful due to the office being under construction, see, the attached Proof of Service as Exhibit B.

4.      A second attempt at service of process was made on August 29, 2023, with a successful result, see, attached second attempt of service of process. (Dkt. 8). Thus, Defendant's answer was due on September 19, 2023. A copy of the return of service is attached as Exhibit C.

5.      On September 21, 2023, Plaintiff's counsel sent Defendant SOS a letter, via facsimile and U.S. Mail, reminding it that its answer was overdue, and that action needed to be taken, see, attached is a copy of this letter as Exhibit D.

6.      On October 5, 2023, Plaintiff moved for an entry of default against the Defendant and on October 6, 2023, the Clerk entered default. (Dkt. 10)

7.      To date, the docket in this matter indicates that no appearance and no answer or other pleading has been filed on behalf of Defendant SOS.

8.      Accordingly, Plaintiff requests a default judgment be entered against Defendant and that damages be determined in subsequent proceedings.

WHEREFORE, Plaintiff respectfully requests that Defendant, Head

Mercantile Company, Inc., d/b/a S.O.S. Group/Strategic Outsourcing Solutions, be held in default as to liability and that damages be determined through subsequent proceedings.

    Respectfully Submitted,

    s/ Edwin Woods, Jr._____
    One of Plaintiff's Attorneys

    s/ David J. Philipps_____
    One of Plaintiff's Attorneys

Dated:  December 13, 2023

Edwin Woods, Jr. (Miss. Bar No. 8893)
Bond, Botes & Woods, P.C.
5760 I-55 North Frontage Road, Suite 100
Jackson, Mississippi 39211
(601) 353-5000
ewoods@bondnbotes.com

David J. Philipps   (Ill. Bar No. 06196285)(pro hac vice)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## CERTIFICATE OF SERVICE

  I hereby certify that on December 13, 2023, a copy of this **Motion for Entry of Default Judgment** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Philipps        davephilipps@aol.com
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465

  Notice of this filing will be sent today before 5:00 p.m. to the following parties via first class U.S. Mail, postage pre-paid.

James A. Scharfeld, President
Head Mercantile Company, Inc.,
 d/b/a S.O.S. Group/Strategic Outsourcing Solutions
29065 Clemens Road
Suite 200
Westlake, Ohio 44145


s/ Edwin Woods, Jr._____

Edwin Woods, Jr. (Miss. Bar No. 8893)
Bond, Botes & Woods, P.C.
5760 I-55 North Frontage Road
Suite 100
Jackson, Mississippi 39211
(601) 353-5000
ewoods@bondnbotes.com